```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 02983
    DARLENE N BRADFORD
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-9701


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/11/2008 and was confirmed 04/07/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/17/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
-------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED           168.72           .00            .00
CAVALRY PORTFOLIO SERVIC   UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSECURED          3420.00           .00            .00
COMCAST                    UNSECURED        NOT FILED           .00            .00
COMCAST                    UNSECURED        NOT FILED           .00            .00
ATLANTIC COAST LINES RET   UNSECURED        NOT FILED           .00            .00
STUART ALLAN & ASSOC       UNSECURED           228.00           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED            30.00           .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,490.00                        301.14
TOM VAUGHN                 TRUSTEE                                            26.18
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   327.32

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     301.14
TRUSTEE COMPENSATION                                26.18
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                    327.32                   327.32
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/24/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE